IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**<br><br>　　　　　　　Plaintiff,<br>v.<br>**NASTY GAL INC.,**<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-462<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff eDekka LLC ("eDekka") (Dkt. No. 8), and agreed to by Defendant Nasty Gal Inc. ("Nasty Gal"). Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is, therefore, ORDERED that this action and all claims asserted by eDekka against Nasty Gal are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

　　So Ordered and Signed on this

**Sep 15, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE